COMMONWEALTH OF MASSACHUSETTS

| U.S. DISTRICT COURT | DISTRICT OF MASSACHUSETTS |
|---|---|
| | DOCKET NUMBER: |

SINGUNTU NTEMO,
    Plaintiff

VS.

SEARS, ROEBUCK & CO., AND
CITIGROUP, INC.
    Defendants

## NOTICE OF APPEARANCE

Now comes Attorney David B. Stein, who hereby files his appearance on behalf of the Plaintiff, Singuntu Ntemo.

Respectfully submitted this 20th day of December, 2004.

        SINGUNTU NTEMO
        By His Attorneys,
        RUBIN, WEISMAN, COLASANTI,
        KAJKO & STEIN, LLP

        _/s/ David B. Stein_
        David B. Stein, BBO# 556456
        430 Bedford Street
        Lexington, MA 02420
        Tel.: (781) 860-9500
        Fax: (781) 863-0046