*COMMONWEALTH OF MASSACHUSETTS*     FILED
                                    CLERKS OFFICE

| | |
|---|---|
| U.S. DISTRICT COURT | DISTRICT OF MASSACHUSETTS<br>DOCKET NUMBER: 04-12682 NMG |

SINGUNTU NTEMO,
    **Plaintiff**

VS.

SEARS, ROEBUCK & CO., AND
CITIGROUP, INC.
    **Defendants**

## AFFIDAVIT OF SERVICE

I, David B. Stein, on oath, depose and state the following:

1. I am the attorney of record for the Plaintiff, Singuntu NTEMO.

2. The Complaint in this action was filed on or about December 20, 2004.

3. On March 11, 2005, I sent by certified mail return receipt requested, copies of the Summons, Verified Complaint and Demand for Jury Trial, and Civil Action Cover Sheet to the Defendant, Citigroup, Inc.

4. I have attached hereto the original signed return receipt evidencing service of the above documents upon the Defendant.

Signed under the pains and penalties of perjury this 23rd day of March, 2005.

David B. Stein, BBO#: 556456
RUBIN, WEISMAN, COLASANTI,
KAJKO & STEIN, LLP
430 Bedford Street
Lexington, MA 02420
Tel: (617) 860-9500
Fax: (617) 863-0046