UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SINGUNTO NTEMO,<br><br>        Plaintiff,<br><br>vs.<br><br>SEARS, ROEBUCK & CO. and<br>CITIGROUP, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-12682-NMG<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO ANSWER**

      Defendants Sears, Roebuck & Co. and Citigroup, Inc. hereby respectfully request that the Court extend the time for them to answer or otherwise respond to the Complaint herein through April 27, 2005. In support of this request, defendants state that they were served only by certified mail directed to their corporate headquarters and not to any individual, which is invalid. See, e.g., Media Duplication Services, Ltd. v. HDG Software, Inc., 928 F.2d 1228, 1234 n.6 (1st Cir. 1991). The improper service delayed the routing of the Complaint to those responsible for addressing the matter, and as a result defendants have only recently retained counsel. Defendants do not intend to claim insufficient service of process as a defense, but require some additional time to prepare an answer or other response to the Complaint.

      Counsel for the plaintiff has assented to the requested extension.

      WHEREFORE, defendants respectfully request that their motion be granted, and that they be permitted until April 27, 2005 to answer or otherwise respond to the Complaint in this matter.

BNLIB1 101502v1

|  |  |
|---|---|
|  | Respectfully submitted, |
| SEARS, ROEBUCK & CO. | CITIGROUP, INC. |
| By its attorneys, | By its attorneys, |
| /s/Christine M. Netski | /s/Mark W. Batten |
| Christine M. Netski | Mark W. Batten, BBO #566211 |
| SUGARMAN, ROGERS, BARSHAK & COHEN, P.C. | PROSKAUER ROSE LLP |
| 101 Merrimac Street | One International Place, 14th Floor |
| Boston, MA 02114 | Boston, MA 02110 |
| (617) 227-3030 | (617) 526-9850 |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by first-class mail, postage prepaid, this 4th day of April, 2005.

/s/ Mark W. Batten
Mark W. Batten

BNLIB1 101502v1