UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SINGUNTO NTEMO,<br><br>   Plaintiff,<br><br>vs.<br><br>SEARS, ROEBUCK & CO. and<br>CITIGROUP, INC.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-12682-NMG<br>)<br>)<br>)<br>)<br>)<br>) |

## ANSWER OF CITIGROUP INC.

Defendant Citigroup Inc. ("Citigroup"), by its undersigned counsel, answers the Complaint herein as follows.

  1. Citigroup lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1 of the Complaint, and accordingly denies them.

  2. Citigroup lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2 of the Complaint, and accordingly denies them.

  3. Citigroup admits the allegations of the first sentence of Paragraph 3 of the Complaint, and denies the remaining allegations of Paragraph 3.  Further answering, Citigroup notes that it did not employ the plaintiff; the plaintiff was briefly employed by Citicorp Credit Services, Inc. (USA) ("CCSI").

  4. Paragraph 4 of the Complaint contains a characterization of this action and conclusions of law to which no response is required.

  5. Paragraph 5 of the Complaint contains a characterization of this action and conclusions of law to which no response is required.

6. Paragraph 6 of the Complaint contains conclusions of law to which no response is required; to the extent an answer may be deemed required, Citigroup lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and accordingly denies them.

7. Paragraph 7 of the Complaint contains conclusions of law to which no response is required; to the extent an answer may be deemed required, defendant admits that it has transacted business in this District and that CCSI maintained an office in Salem, Massachusetts, in or about November 2004, and denies the remaining allegations of Paragraph 7.

8. Citigroup lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 of the Complaint, and accordingly denies them.

9. Citigroup lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9 of the Complaint, and accordingly denies them.

10. Citigroup lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10 of the Complaint, and accordingly denies them.

11. Citigroup lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 of the Complaint, and accordingly denies them.

12. Citigroup denies the allegations of Paragraph 12 to the extent that the term "Defendant" refers to Citigroup, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12, and accordingly denies them.

13. Citigroup lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13 of the Complaint, and accordingly denies them.

14. Citigroup lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14 of the Complaint, and accordingly denies them.

15. Citigroup lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15 of the Complaint, and accordingly denies them.

16. (There is no paragraph of the Complaint numbered 16).

17. Citigroup lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17 of the Complaint, and accordingly denies them.

18. Citigroup lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 of the Complaint, and accordingly denies them.

19. Citigroup lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19 of the Complaint, and accordingly denies them.

20. Citigroup denies the allegations of Paragraph 20 to the extent that the term Defendant" refers to Citigroup, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20, and accordingly denies them.

21. Citigroup denies the allegations of Paragraph 21 to the extent that the term Defendant" refers to Citigroup, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21, and accordingly denies them.

22. Citigroup lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 of the Complaint, and accordingly denies them.

23. Citigroup lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 of the Complaint, and accordingly denies them.

24. Citigroup lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 of the Complaint, and accordingly denies them.

25. Citigroup lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 of the Complaint, and accordingly denies them.

26. Citigroup lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 of the Complaint, and accordingly denies them.

27. Citigroup lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27 of the Complaint, and accordingly denies them.

28. Citigroup lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28 of the Complaint, and accordingly denies them.

29. Citigroup lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29 of the Complaint, and accordingly denies them.

30. Citigroup denies the allegations of Paragraph 30 to the extent that the term Defendant" refers to Citigroup, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30, and accordingly denies them.

31. Citigroup denies the allegations of Paragraph 31 to the extent that the term Defendant" refers to Citigroup, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31, and accordingly denies them.

32. Citigroup denies the allegations of Paragraph 32 of the Complaint, except to admit that on or about November 24, 2003 CCSI terminated plaintiff's employment.

33. Citigroup lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33 of the Complaint, and accordingly denies them, except to admit that plaintiff's termination (by CCSI) occurred after the filing of his EEOC charge (against Defendant Sears).

34. Citigroup lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34 of the Complaint, and accordingly denies them.

35. Citigroup lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35 of the Complaint, and accordingly denies them.

36. (There is no paragraph of the Complaint numbered 36).

37. (There is no paragraph of the Complaint numbered 37).

38. (There is no paragraph of the Complaint numbered 38).

39. In response to Paragraph 39 of the Complaint, Citigroup incorporates by reference its responses to the preceding paragraphs of the Complaint, above.

40. Paragraph 40 of the Complaint contains conclusions of law to which no response is required; to the extent an answer may be deemed required, Citigroup denies the allegations of Paragraph 40.

41. Paragraph 41 of the Complaint contains conclusions of law to which no response is required; to the extent an answer may be deemed required, Citigroup denies the allegations of Paragraph 41.

42. In response to Paragraph 42 of the Complaint, Citigroup incorporates by reference its responses to the preceding paragraphs of the Complaint, above.

43. Citigroup denies the allegations of Paragraph 43 of the Complaint.

44. Citigroup denies the allegations of Paragraph 44 of the Complaint.

45. In response to Paragraph 45 of the Complaint, Citigroup incorporates by reference its responses to the preceding paragraphs of the Complaint, above.

46. Paragraph 46 of the Complaint contains conclusions of law to which no response is required; to the extent an answer may be deemed required, Citigroup denies the allegations of Paragraph 46.

47. Paragraph 47 of the Complaint contains conclusions of law to which no response is required; to the extent an answer may be deemed required, Citigroup denies the allegations of Paragraph 47.

48. In response to Paragraph 48 of the Complaint, Citigroup incorporates by reference its responses to the preceding paragraphs of the Complaint, above.

49. Citigroup denies the allegations of Paragraph 49 of the Complaint.

50. Citigroup denies the allegations of Paragraph 50 of the Complaint.

51. In response to Paragraph 51 of the Complaint, Citigroup incorporates by reference its responses to the preceding paragraphs of the Complaint, above.

52. Paragraph 52 of the Complaint contains conclusions of law to which no response is required; to the extent an answer may be deemed required, Citigroup denies the allegations of Paragraph 52.

53. Paragraph 53 of the Complaint contains conclusions of law to which no response is required; to the extent an answer may be deemed required, Citigroup denies the allegations of Paragraph 53.

54. In response to Paragraph 54 of the Complaint, Citigroup incorporates by reference its responses to the preceding paragraphs of the Complaint, above.

55. Citigroup denies the allegations of Paragraph 55 of the Complaint.

56. Citigroup denies the allegations of Paragraph 56 of the Complaint.

57. In response to Paragraph 57 of the Complaint, Citigroup incorporates by reference its responses to the preceding paragraphs of the Complaint, above.

58. Citigroup denies the allegations of Paragraph 58 of the Complaint.

59. Citigroup denies the allegations of Paragraph 59 of the Complaint.

The remainder of the Complaint, including the unnumbered paragraphs following each of the counts of the Complaint, constitute plaintiff's demand for a jury trial and prayers for relief, to which no response is required. Citigroup specifically denies that plaintiff is entitled to any relief whatsoever.

Citigroup hereby denies all allegations of the Complaint not otherwise answered above.

## FIRST AFFIRMATIVE DEFENSE

The Complaint, in whole or in part, fails to state a claim as to which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Citigroup, the defendant in this action, did not employ the plaintiff and therefore is not a proper party to this action.

## THIRD AFFIRMATIVE DEFENSE

If the plaintiff suffered any injury, which is denied, that injury was the result of the plaintiff's own acts or omissions, and not the acts or omissions of Citigroup.

## FOURTH AFFIRMATIVE DEFENSE

If the plaintiff suffered any injury, which is denied, that injury was the result of the acts or omissions of third parties, and not the acts or omissions of Citigroup.

**FIFTH AFFIRMATIVE DEFENSE**

Citigroup had legitimate, lawful, and nondiscriminatory reasons for all actions taken with respect to the plaintiff.

**SIXTH AFFIRMATIVE DEFENSE**

If the plaintiff has suffered any injury, which is denied, his recovery is barred by his failure to mitigate his damages.

WHEREFORE, the Complaint should be dismissed, and Citigroup should be awarded its costs and such other relief as the Court finds just and proper.

> Respectfully submitted,
>
> CITIGROUP, INC.
>
> By its attorneys,
>
> /s/Mark W. Batten
> Mark W. Batten, BBO #566211
> PROSKAUER ROSE LLP
> One International Place, 14th Floor
> Boston, MA 02110
> (617) 526-9850

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by first-class mail, postage prepaid, this 26th day of April, 2005.

> /s/ Mark W. Batten
> Mark W. Batten