UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGUNTU NTEMO,<br>    Plaintiff<br><br>v.<br><br>SEARS, ROEBUCK AND CO. and CITY GROUP, INC.<br>    Defendant | CIVIL ACTION NO. 04-12682NMG |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel for the defendant, Sears, Roebuck and Co., in the above-captioned matter.

                SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.

                By:    /s/    Andrew R. Levin
                          Andrew R. Levin, BBO No. 631338
                          101 Merrimac Street, 9th Floor
                          Boston, MA 02114
                          (617) 227-3030

Dated: April 27, 2005

Doc. #362369