UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGUNTU NTEMO,<br>    Plaintiff<br><br>v.<br><br>SEARS, ROEBUCK AND CO. and CITY GROUP, INC.<br>    Defendant | CIVIL ACTION NO. 04-12682NMG |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel for the defendant, Sears, Roebuck and Co., in the above-captioned matter.

SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.

By: /s/ Christine M. Netski
Christine M. Netski, BBO No. 546936
101 Merrimac Street, 9th Floor
Boston, MA 02114
(617) 227-3030

Dated: April 27, 2005

Doc. #362370