UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGUNTU NTEMO,<br>　　　Plaintiff<br><br>v.<br><br>SEARS, ROEBUCK AND CO. and CITY GROUP, INC.<br>　　　Defendant | CIVIL ACTION NO. 04-12682NMG |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SEARS, ROEBUCK AND CO.

Defendant Sears, Roebuck and Co. is a wholly-owned subsidiary of Sears Holdings Corporation.

　　　　　　　　　　SEARS, ROEBUCK AND CO.,
　　　　　　　　　　By its Attorneys,


　　　　　　　　　　/s/    Andrew R. Levin
　　　　　　　　　　Christine M. Netski, BBO No. 546936
　　　　　　　　　　Andrew R. Levin, BBO No. 631338
　　　　　　　　　　Sugarman, Rogers, Barshak & Cohen, P.C.
　　　　　　　　　　101 Merrimac Street, 9th Floor
　　　　　　　　　　Boston, MA 02114-4737
　　　　　　　　　　(617) 227-3030

Dated:　April 27, 2005


Doc. #362368