## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO. 04-12682 NMG**

|  |  |
|---|---|
| **SINGUNTU NTEMO,** | ) |
| **Plaintiff** | ) |
|  | ) |
| **VS.** | ) |
|  | ) |
| **SEARS, ROEBUCK & CO., AND** | ) |
| **CITIGROUP, INC.** | ) |
| **Defendants** | ) |

## THE PARTIES' JOINT STATEMENT

Pursuant to United States District Court Local Rule 16.1 (D) the parties file the following Joint Statement.

### I. JOINT PLAN FOR DISCOVERY AND THE FILING OF MOTIONS

1.    The parties shall make their Initial Disclosures pursuant to Fed. R. iv. P. 26(a)(1) on or before August 1, 2005.

2.    All fact discovery shall be completed by April 1, 2006.

3.    The Plaintiff shall identify his experts and produce expert reports pursuant to Fed. R. Civ. P. 26(a)(2) on or before April 15, 2006.

4.    The Defendant shall identify its experts and produce expert reports pursuant to Fed. R. Civ. P. 26(a)(2) on or before May 30, 2006.

5.    All expert depositions shall be completed on or before June 15, 2006.

6.    All dispositive motions, including motions for Summary Judgment pursuant to Fed. R. Civ. P. 56, shall be filed on or before June 30, 2006.

7.    A final Pre-trial Conference shall be scheduled by the Court sometime in July, 2006.

## II.  TRIAL BEFORE A MAGISTRATE

At this time the parties do not consent to trial before a Magistrate.

## III.  CERTIFICATIONS

The parties have conferred with their clients as to establishing a budget or cost for the litigation and with respect to ADR programs.  The parties will file their Rule 16.1 Certifications under separate cover.

| | |
|---|---|
| **SINGUNTU NTEMO**<br>By His Attorneys,<br>RUBIN, WEISMAN, COLASANTI,<br>KAJKO & STEIN, LLP | **CITIGROUP, INC.**<br>By Its Attorneys,<br>PROSKAUER ROSE, LLP |
| /s/David B. Stein_____<br>David B. Stein, BBO# 556456<br>430 Bedford Street<br>Lexington, MA 02420<br>Tel.: (781) 860-9500<br>Fax: (781) 863-0046 | /s/Mark W. Batten_____<br>Mark W. Batten, BBO# 566211<br>One International Place, 14th Floor<br>Boston, MA 02110-2600<br>Tel.: (617) 526-9850<br>Fax: (617) 526-9899 |

**SEARS ROEBUCK & CO.**
By Its Attorneys,
SUGARMAN, ROGERS BARSHAK
& COHEN


/s/Christine M. Netski_____ _____
Christine M. Netski, BBO#546936
101 Merrimac Street
Boston, MA 02114
Tel.: (617) 227-3030
Fax: (617) 523-4001

Dated:  June 28, 2005