UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGUNTU NTEMO,<br>    Plaintiff<br><br>v.<br><br>SEARS, ROEBUCK AND CO. and CITY GROUP, INC.<br>    Defendant | CIVIL ACTION NO. 04-12682NMG |

## LOCAL RULE 16.1(D)(3) CERTIFICATE OF DEFENDANT, SEARS, ROEBUCK AND CO.

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that the defendant, Sears, Roebuck and Co., and its counsel have conferred: (i) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (ii) to consider the resolution of the litigation through the use of alternative dispute resolution.

Defendant, Sears, Roebuck and Co.
By its authorized representative

BY: _____
Stephen L. Sitley
Associate General Counsel
Law Department
Sears, Roebuck and Co.
3333 Beverly Road, B6-378B
Hoffman Estates, IL 60179
(847) 286-4502

                    Defendant, Sears, Roebuck and Co.
                    By its Attorneys,

BY: _____
        Christine M. Netski – BBO No. 546936
        Andrew R. Levin – BBO No. 631338
        Sugarman, Rogers, Barshak & Cohen, P.C.
        101 Merrimac Street, 9th Floor
        Boston, MA 02114
        (617) 227-3030

Doc. #365281