IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGUNTO NTEMO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 04-12682-NMG |
| ) | |
| SEARS, ROEBUCK & CO. and ) | |
| CITIGROUP, INC., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATION**

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify and affirm that they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the above litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_/s/ Elizabeth I. Hook_
CITIGROUP
BY: Elizabeth Hook, Esq.
TITLE: Vice President
& Senior Counsel

_/s/ Mark W. Batten_
Mark W. Batten (BBO No. 566211)
Eben A. Krim (BBO No. 652506)
PROSKAUER ROSE LLP
One International Place, 22nd Floor
Boston, MA 02110-2600
Tel: (617) 526-9850
Fax: (617) 526-9899

Dated: July __, 2005

5508/20126-344 BNLIB1/140370v1