## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

SINGUNTU NTEMO,  )
          **Plaintiff**  )
  )
VS.  )      CIVIL ACTION NO. 04-12682 NMG
  )
SEARS, ROEBUCK & CO., AND  )
CITIGROUP, INC.  )
          **Defendants**  )

## LOCAL RULE 16.1(D)(3) CERTIFICATE OF DEFENDANT, SEARS, ROEBUCK AND CO.

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that the Plaintiff, Singuntu Ntemo, and his counsel have conferred: (i) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (ii) to consider the resolution of the litigation through the use of alternative dispute resolution.

PLAINTIFF, SINGUNTU NTEMO

*Singuntu Ntemo*

_____

SINGUNTU NTEMO
By His Attorneys,
RUBIN, WEISMAN, COLASANTI,
KAJKO & STEIN, LLP

*David Stein*

_____
David B. Stein, BBO# 556456
430 Bedford Street
Lexington, MA 02420
Tel.: (781) 860-9500
Fax: (781) 863-0046

Dated: July 15, 2005