UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGUNTU NTEMO,<br>　　　Plaintiff<br><br>v.<br><br>SEARS, ROEBUCK AND CO. and CITY GROUP, INC.<br>　　　Defendant | CIVIL ACTION NO. 04-12682NMG |

## **DEFENDANT SEARS ROEBUCK AND CO. INITIAL DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(a), defendant, Sears Roebuck and Co. ("Sears"), makes the following disclosures:

1.　　Fed. R. Civ. P. 26(a)(1)(A):

Based upon the specific facts alleged in the Complaint and information available to Sears at this time, the people listed below are likely to have discoverable information that counsel for Sears may use to support its defenses in this action.

　　　　A.　　Singuntu Ntemo, 1 Harbor Street, Apt. #3, Salem, MA 01970: Mr. Ntemo has discoverable information regarding the facts alleged in the Complaint.

　　　　B.　　Karen Dixon, 120 Galtman Avenue, 2nd Floor, Swampscott, MA 01907: Upon information and belief, Ms. Dixon has discoverable information regarding Mr. Ntemo's job performance.

　　　　C.　　Celia Diakogeorgiou, 10 Samos Circle, West Peabody, MA 01960: Upon information and belief, Ms. Diakogeorgiou has discoverable information regarding Mr. Ntemo's job performance.

　　　　D.　　Charles Villi, 2299 North Minh Creek Road, Meridian, ID 83642: Upon information and belief, Mr. Villi has discoverable information regarding Mr.

Ntemo's job performance, the decision to place Mr. Ntemo in the Mentor Team Manager program and the reasons that Mr. Ntemo was not promoted to Team Manager.

  E. James Tharpe, address unknown: Upon information and belief, Mr. Tharpe has discoverable information regarding Mr. Ntemo's job performance, the decision to place Mr. Ntemo in the Mentor Team Manager program and the reasons that Mr. Ntemo was not promoted to Team Manager.

  F. All other persons identified in Citigroup's Initial Disclosures.

2. Fed. R. Civ. P. 26(a)(1)(B):

  A. Documents relating to Mr. Ntemo's employment at Sears, including but not limited to documents relating to Mr. Ntemo's job performance and qualifications. These documents are in the possession of Sears's counsel.

  B. Documents relating to the qualifications of those persons who were promoted to positions for which Mr. Ntemo applied. These documents are in the possession of Sears's counsel.

  C. Documents relating to the job performance and qualifications of Ms. Martinez. These documents are in the possession of Sears's counsel.

  D. Documents relating to Sears policies regarding providing equal opportunities to all employees. These documents are in the possession of Sears's counsel.

3. Fed. R. Civ. P. 26(a)(1)(C): Not applicable.

4. Fed. R. Civ. P. 26(a)(1)(D): There is no such insurance agreement.

Sears reserves the right to supplement these Initial Disclosures as discovery of plaintiff's detailed allegations and the basis thereof becomes available.

                    SEARS, ROEBUCK AND CO.,
                    By its Attorneys,

                    /s/    Andrew R. Levin
                    Christine M. Netski, BBO No. 546936
                    Andrew R. Levin, BBO No. 631338
                    SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
                    101 Merrimac Street, 9th Floor
                    Boston, MA 02114
                    (617) 227-3030

Dated: August 1, 2005

Doc. #365868