# United States District Court
# District of Massachusetts

2006 JUL 11 P 12: 07

CIVIL ACTION NO.: 04-12682 NMG

SINGUNTU NTEMO,
          PLAINTIFF

v.

SEARS, ROEBUCK & CO., and
CITIGROUP, INC.,
          DEFENDANTS

## PLAINTIFF'S OPPOSITION TO DEFENDANT SEARS, ROEBUCK & CO.'S MOTION TO DISMISS

    Plaintiff, Singuntu Ntemo, hereby files his Opposition to Defendant's Motion to Dismiss, for the following reasons:

    Defendant seeks to have Plaintiff's claims dismissed for failure to answer interrogatories. However, due to the circumstances set forth below, Plaintiff has been unable to comply with this Courts Order.

    Mr. Ntemo who is a native of Africa, has a Masters Degree from the University of London, and is fluent in several languages. Despite these credentials, following Plaintiff's separation of employment from the Defendant, he was unable to find suitable employment that somewhat matched his educational level and work experience. Rather, he was working the night shift at a 7-Eleven store in Marblehead, Massachusetts.

    In the summer of 2005, an opportunity arose where he could teach English at a remote location in the Republic of Congo, Africa. Plaintiff accepted said position and left for Africa in October, 2005. It was anticipated that Plaintiff would return in May, 2006. Plaintiff believed that despite the extremely remote location in the Republic of Congo, he would be reachable by email. However, all of the emails which were sent to Mr. Ntemo, came back undeliverable.

    Furthermore, before Plaintiff left, he provided Counsel with a contact person, which is a relative living in Salem, Massachusetts. Said contact has also been unable to reach the Plaintiff via email. Furthermore, counsel has been informed that there has been no contact whatsoever between Mr. Ntemo and his relatives.

Plaintiff had been quite diligent in pursuing his claims against these Defendants. Futhermore, Defendant would not be prejudiced by allowing Counsel an additional thirty-days to exhaust all avenues in contacting the Plaintiff. Furthermore, it is quite likely that Plaintiff will arrive back in Massachusetts prior to the expiration of said thirty-days.

For the reasons set forth above, Plaintiff respectfully requests that this Court deny Defendant's Motion.

SINGUNTU NTEMO
By His Attorneys,
RUBIN, WEISMAN, COLASANTI,
KAJKO & STEIN, LLP

_____
David B. Stein, BBO# 556456
430 Bedford Street
Lexington, MA 02420
Tel.: (781) 860-9500
Fax: (781) 863-0046

Dated: July 11, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by ~~mail/by hand~~. /s/

Dated: 7/11/06