

**SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.**
Attorneys at Law

101 Merrimac Street
Boston, MA 02114-4737
617-227-3030
617-523-4001 Fax
www.srbc.com

CHRISTINE M. NETSKI
netski@srbc.com

August 11, 2006

VIA ELECTRONIC MAIL

Honorable Nathaniel M. Gorton
United States District Court
United States Courthouse
One Courthouse Way
Boston, MA 02210

Re:    *Singuntu Ntemo v. Sears, Roebuck and Co., et al.*
United States District Court for the District of Massachusetts
Civil Action No. 04-12682-NMG

Dear Judge Gorton:

I am writing in connection with Defendant Sears, Roebuck and Co.'s Motion to Dismiss Pursuant to Fed. R. Civ. 37(b)(2)(C), which was filed on June 28, 2006, and is currently pending before the Court. Plaintiff's counsel stated in his opposition to Sears's motion, filed on July 11, 2006, that "Defendant would not be prejudiced by allowing Counsel an additional thirty-days to exhaust all avenues in contacting the Plaintiff." Thirty days have now passed since Plaintiff's counsel filed his opposition and Sears still has not received answers to its outstanding interrogatories or complete responses to its outstanding document requests. Nor has Plaintiff's counsel contacted counsel for Sears to discuss the status of the outstanding discovery responses.

In light of Plaintiff's continued failure to meet his discovery obligations and the impending pretrial disclosure deadlines, Defendant Sears, Roebuck and Co., renews its request that Plaintiff's claims against it be dismissed.

Very truly yours,

*/s/ Christine M. Netski*

Christine M. Netski

CMN/gv
380983