IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGUNTO NTEMO,           )<br><br>      Plaintiff,      )<br><br>vs.                    )<br><br>SEARS, ROEBUCK & CO. and   )<br>CITIGROUP, INC.,        )<br><br>      Defendants.     )<br> | Civil Action No. 04-12682-NMG |

**DEFENDANT CITIGROUP, INC.'S ASSENTED-TO
MOTION TO CONTINUE TRIAL**

Defendant Citigroup, Inc. ("Citigroup") hereby respectfully requests that the Court grant a relatively brief continuance of the trial current scheduled to commence on October 2, 2006.  Citigroup makes this request for two reasons.  First, the scheduled trial date is Yom Kippur, and both plaintiff's counsel and defendant's in-house representative will be unavailable on that date.

Second, one of defendant's trial witnesses is expected to undergo surgery around the time of the scheduled trial.  Defense counsel does not know the precise date of the surgery or the expected recovery time, but respectfully requests that the Court grant a continuance to improve the chances that the witness will be available to testify.  The witness was not deposed and has not

otherwise given testimony, so there is not a ready alternative to her presence at trial.[1]

For all of the foregoing reasons, defendant Citigroup requests, with the assent of the plaintiff,[2] that the Court grant a continuance of the scheduled trial of at least 60 days.  This case was filed in December 2004, and accordingly, even with the requested postponement, the case would be tried and presumably disposed of within approximately two years of its filing.

Respectfully submitted,

CITIGROUP INC.

By its attorneys,


/s/Mark W. Batten
Mark W. Batten, BBO #566211
Proskauer Rose LLP
One International Place
Boston, MA 02110
(617) 526-9850

Dated: August 31, 2006

---

[1] Also, although it does not form part of the basis of Citigroup's motion, it is nonetheless worth noting that to the best of Citigroup's knowledge, the plaintiff still has not returned to this country (as detailed in recent motions).

[2] The claims against the only other party to this case, Sears, Roebuck & Co., has been conditionally dismissed.

/- Current/8767616v1

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's electronic filing system this 31st day of August, 2006.

/s/Mark W. Batten
Mark W. Batten