UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**Singuntu Ntemo,**</u>

**Plaintiff**

**V.**

CIVIL ACTION
NO. 04-12682

<u>**Sears, Roebuck & Co.,**</u>

**Defendant**

## SEPARATE AND FINAL JUDGMENT

<u>**Gorton,  D. J.**</u>

In accordance with the Court's allowance of defendant's motion for entry of judgment (docket no. [23], filed 9/19/06), it is hereby ORDERED:

Judgment for   <u>Sears, Roebuck & Co., Inc.</u>

By the Court,

<u>  11/15/06  </u>
Date

<u>/s/ *Craig J. Nicewicz*</u>
**Deputy Clerk**