IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGUNTO NTEMO, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Civil Action No. 04-12682-NMG |
| SEARS, ROEBUCK & CO. and CITIGROUP, INC., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**DEFENDANT'S STATUS REPORT AND MOTION TO DISMISS
<u>FOR LACK OF PROSECUTION</u>**

Defendant Citigroup, Inc. ("Citigroup" or "Defendant"), hereby submits a status report in this matter, pursuant to the Court's December 7, 2006, Order, and further moves the Court to dismiss plaintiff's claim's against Citigroup for lack of prosecution. As grounds for this motion Citigroup states as follows:

1. Citigroup stands ready to proceed with the trial of this matter, but understands that the plaintiff, Singunto Ntemo, remains unreachable in the Republic of Congo, Africa.

2. Defendant's counsel has heard nothing further from Plaintiff's counsel with respect to the status of this matter, or Mr. Ntemo's whereabouts, since the trial of this matter originally scheduled for January, 2007, was last postponed. Attempts to contact plaintiff's counsel today for an update have been unsuccessful.

3. As detailed in prior pleadings, including Plaintiff's Opposition to Defendant Sears Roebuck & Company's Motion to Dismiss (document #20 on the Court's ECF system), the plaintiff, Singunto Ntemo, has been in the Republic of Congo, Africa since approximately October of 2005. As plaintiff's counsel stated in the above pleading, dated July 11, 2006: "It was anticipated that Plaintiff would return in May, 2006. Plaintiff believed that despite the extremely remote location in the Republic of Congo, he would be reachable by email. However, all of the emails which were sent to Mr. Ntemo, came back undeliverable."

WHERFORE, given the plaintiff's continued and open-ended absence from the country, and his sustained non-responsiveness to the demands of both the Court and the Defendants, Citigroup respectfully requests that the Court dismiss plaintiff's remaining claims for lack of prosecution.

>Respectfully submitted,
>
>CITIGROUP INC.
>
>By its attorneys,
>
>  /s/ Eben A. Krim
>Mark W. Batten, BBO #566211
>Eben A. Krim, BBO # 652506
>Proskauer Rose LLP
>One International Place
>Boston, MA 02110
>(617) 526-9850

Dated: February 15, 2007

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's electronic filing system and/or first-class mail, postage prepaid, this 15th day of February, 2007.

                                      /s/ Eben A. Krim
                                      Eben A. Krim