## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Ntemo,
             **Plaintiff**

V.

Sears, Roebuck & Co., et al.,
             **Defendant**

CIVIL ACTION

NO.  04-12682

## ORDER OF DISMISSAL

Gorton    D. J.

In accordance with the Court's allowance of motion to dismiss (Docket No. 25) dated  2/15/07  granting defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

3/13/07
**Date**

/s/ Craig J. Nicewicz
**Deputy Clerk**

(Dismmemo.ord - 09/92)                                                                                              [odism.]